# United States District Court

___CENTRAL___ DISTRICT OF ___ILLINOIS___

E-FILED
Thursday, 27 July, 2006 02:16:47 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 27 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

JESSE CHARLES ADAMS, JR.

**CRIMINAL COMPLAINT**

CASE NUMBER: 06-_6420_-M

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about June 13, 2006, at East Moline, in Rock Island County, in the Central District of Illinois, the defendant,

**JESSE CHARLES ADAMS, JR.**

did knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, that is, "crack," a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

I further state that I am a Special Federal Officer, FBI Quad Cities Gang Task Force, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:   ☒ Yes ☐ No

S/James Stark
Signature of Complainant
James Stark, Special Federal Officer
FBI Quad Cities Gang Task Force

Sworn to before me and subscribed in my presence,

July 27, 2006                                          at        Rock Island, Illinois
Date                                                                        City and State

Thomas J. Shields
United States Magistrate Judge                       S/Thomas J. Shields

Name & Title of Judicial Officer                      Signature of Judicial Officer

# AFFIDAVIT

Your Affiant, James A. Stark, first being duly sworn, deposes and states that:

1. I am a Detective with the Davenport, Iowa Police Department and currently assigned as a Special Federal Officer with the Federal Bureau of Investigation Quad Cities Federal Gang Task Force.

2. This affidavit is in support of a complaint charging Jesse Charles Adams, Jr. with unlawful possession with intent to distribute crack cocaine.

3. On June 13, 2006, Adams was arrested at 1434 15th Avenue, East Moline, Illinois, for disorderly conduct. He was transported to the East Moline Police Department and booked in. Detective Chad Broderson observed Adams in the booking area. Detective Broderson advised the arresting officer that he had contact with Adams a few weeks prior and had information that Adams hides crack cocaine in his rectum. As Detective Broderson was speaking with the officer, he observed Adams' property sitting on a table and in searching Adams' New York Yankees hat found 0.1 grams of crack cocaine.

4. Detective Broderson removed Adams from his cell and placed him back into the booking area so he could search his cell. Detective Broderson searched the cell and did not find any illegal contraband. Detective Broderson then went to the booking room and searched Adams. Detective Broderson had Adams remove his shirt and found a glass crack pipe in his waistband. He then continued to search Adams in which Adams showed his genitals, but would not show his rectum. Detective Broderson left the booking room to make a telephone call. When Detective Broderson returned to the booking room, he observed Adams holding two plastic baggies which Broderson ordered him to drop. Adams was ordered to do so three times, then complied with the order.

5. One baggie contained 5.1 grams of crack cocaine and the other baggie contained 6.1 grams of powder cocaine. Both baggies were covered in feces. Upon viewing the internal video tape of the booking area, Detective Broderson observed Adams with his left hand behind his back toward his rectum area during the time Detective Broderson left the booking area.

6. An analysis by the Illinois State Police Morton Crime Lab confirmed the presence of cocaine and cocaine base.

S/James Stark
_____
James A. Stark
Special Federal Officer
Federal Gang Task Force

Subscribed and sworn to before me this 27 day of July, 2006

S/Thomas J. Shields
_____
Thomas J. Shields
United States Magistrate Judge