AO 470 (Rev. 12/03) Order of Temporary Detention

E-FILED
Wednesday, 02 August, 2006 01:54:49 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

CENTRAL   District of   ILLINOIS

UNITED STATES OF AMERICA

V.

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Defendant: Jesse Charles Adams

Case Number: 06-6420M

**FILED**
AUG 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Upon motion of the  Government , IT IS ORDERED that a

detention hearing is set for Monday, 8/7/06 * at 11:00am
                              Date                          Time

before  U.S. Magistrate Judge Thomas J. Shields
                  Name of Judicial Officer

211 19th Street, Rock Island, IL
          Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal)

(_____) and produced for the hearing.
       Other Custodial Official

Date: August 2, 2006                    S/Thomas J. Shields
                                                Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.