E-FILED
Thursday, 17 August, 2006  01:37:14 PM
Clerk, U.S. District Court, ILCD

CENTRAL DISTRICT OF ILLINOIS

RECEIVED

UNITED STATES OF AMERICA   SEALED

US MARSHALS SERVICE
CENTRAL ILLINOIS

vs.

WARRANT FOR ARREST

CASE NO. 06-6420M

JESSE CHARLES ADAMS, JR.

FILED
AUG 16 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest __Jesse Charles Adams, Jr.__ and bring him
                                              Name
forthwith to the nearest magistrate to answer a complaint, charging:

On or about June 13, 2006, at East Moline, in Rock Island County, in the Central District of Illinois, the defendant,

**JESSE CHARLES ADAMS, JR.**

did knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, that is, "crack," a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

| Thomas J. Shields | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| S/Thomas J. Shields | Rock Island, Illinois |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __Pre-Trial Detention__ by __Thomas J. Shields, U.S. Magistrate Judge__
                                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at __Rock Island__

| Date Received 7/28/06 | Name of Arresting Officer Rich Holeman | Signature of Arresting Officer |
| Date of Arrest 08/02/06 | Title of Arresting Officer F.B.I. TFO | |